STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
RUTH TAYLOR, DEFENDANT-PETITIONER.

*Messrs. Pellettieri & Rabstein* for the petitioner.

*Mr. Vincent Panaro and Mr. Bryan V. Moore* for the respondent.

November 27, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DREWDEA MARTIN, DEFENDANT-PETITIONER.

*Mr. Richard Newman* and *Mrs. Susan F. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the respondent.

November 27, 1968. Denied.

EVELYN G. BROWN, GUARDIAN *AD LITEM, ET AL.*, PLAIN-
TIFFS-PETITIONERS, v. UNSATISFIED CLAIM AND
JUDGMENT FUND BOARD, DEFENDANT-RESPONDENT.

See same case below: 101 *N. J .Super.* 299.

*Messrs. Hoffmann & Humphreys* and *Mr. Howard H. Kestin* for the petitioners.

*Mr. Arthur J. Sills, Mr. Stephen Skillmand* and *Mr. Kenneth M. Olex* for the respondent.

November 27, 1968. Denied.